THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Davis v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
Saengsiphan v. World Championship Wrestling, Inc. and
Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
Speight v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
Worthen v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
Reeves v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
Easterling v. World Championship Wrestling, Inc. and Turner
Sports, Inc., Civ. File No. 1-00-CV-1715-CC
Onoo v. World Championship Wrestling, Inc., Turner Sports,
Inc., Civ. File No. 1:00-CV-0368-CC
Norris v. World Championship Wrestling, Inc., Turner
Sports, Inc., Civ. File No. 1:00-CV-0369-CC
Walker v. World Championship Wrestling, Inc., Turner
Sports, Inc., Civ. File No. 1:00-CV-0367-CC; Patterson v.
World Championship Wrestling, Inc., Turner Sports, Inc.,
Turner Entertainment Group, Inc. Civ. File No. Civ. File
No. 1:01-CV-1152-CC

## SUPPLEMENTAL EXPERT REPORT FOR PLAINTIFFS
## TESTIMONY OF DR. DAVID W. RASMUSSEN

This supplemental report uses more recent evidence on the

number of African-Americans attending wrestling tryouts

sponsored by WCW.  Additional testimony confirms the results

reported in my initial report, i.e., that the average estimate

of the availability of African-Americans for employment as

wrestlers is about 25 percent.  This report also uses more

complete data on the racial identification of wrestlers training

at the Power Plant and those actually employed as wrestlers.

The substantive conclusions reported in the original report are

97

not only confirmed, but the statistical evidence that African-
Americans are under-represented as wrestlers is in fact stronger
than previously reported.

The availability of African-Americans, the benchmark by
which African-American representation is to be evaluated, was
based on the personal impressions of five individuals familiar
with try-outs held at the Power Plant.   I have now received data
on the impressions of three more persons whose estimates of
African-American availability are included in this report.

The methodology used here is identical to that of the
initial report.   Seven individuals who have testified as to
their impressions of the representation of African-Americans
among persons at the try-outs are recorded in Table 1.[1]  As is
clear in the Table, four of these individuals provide an
estimated range and three provide a specific figure.   Estimates
of the percent African-American range from 10 to 40 percent.
Column 1 counts each estimate as an independent observation, so
Hamilton, Norris, Snakovsky, and Walker, in effect, get two
votes.   The mean of these eleven estimates is 26.0 percent

---

[1] This information is given in depositions or by declaration, the date of which is following the person's name: D.E.
Bruce (November 21, 2002); Joseph N. Hamilton (March 22, 2002); H. Norris (December 13, 2002); Brenda F.
Smith (April 30, 2002); John Paul Snakovsky (May 30, 2002); B. Walker (November 7,2002); and Moses Williams
(May 28, 2002).  Tony Byron Carr provided his impressions of African-American participation in a deposition
(January 28, 2002) and his estimates were included in my original report.  His estimates varied widely (from a low
of 10 percent to approximately 40 percent), but upon further inspection it is not clear whether these estimates pertain
to wrestling tryouts or training at the Power Plant.  Given the uncertainty of his testimony, his estimates are not
included in this summary report.  However, including this estimate has virtually no effect on the benchmarks
reported in Table 1 below.

TABLE 1

ESTIMATES OF AFRICAN-AMERICAN REPRESENTATION AT
POWER PLANT TRYOUTS

| SOURCE | PERCENT AFRICAN AMERICAN | |
| --- | --- | --- |
| | ESTIMATES | AVERAGE |
| D. E. Bruce | 33 | 33 |
| J. N. Hamilton | | 12.5 |
|     Low | 10 | |
|     High | 15 | |
| H. Norris | | 35 |
|     Low | 30 | |
|     High | 40 | |
| J. Snakovsky | | 35 |
|     Low | 30 | |
|     High | 40 | |
| B. F. Smith | 12 | 12 |
| B. Walker | | 18 |
|     Low | 16 | |
|     High | 20 | |
| M. Williams | 40 | 40 |
| Mean | 26 | 26.5 |
| Median | 30 | 33 |
| Mode | 40 | 35 |

African-American, the median (the mid-point of the range of

estimates) is 30 percent, and the mode (the most frequent

estimate) is 40 percent.

As noted in the original report, one could reasonably

object to counting any individual's estimate twice, so column

two provides the mid-point of the ranges provided by Hamilton,

Norris, Snakovsky, and Walker.  The resulting mean is 26.5

- 3 -

percent African-American, the median is 33 percent, and the mode is 35 percent.[2]

Another source of information about the availability of African-Americans as wrestlers was provided in a list that identifies the race of 82 individuals who were trainees at the Power Plant over the 1996-2000 period.  I have been informed that the most complete list of such persons, identified by whether they are African-American, is in the Declaration of Harrison Norris (dated December 13, 2002).  Of 82 persons being trained at the Power Plant, 14 (17.1 percent) are identified as being African-American.

Five benchmarks are used in the following statistical analysis.  The lowest is the 17.1 percent that represents the actual known African-American participation in the Power Plant. The others are from Table 1: the mean, median, and mode of column one (26, 30 and 40 percent respectively) and the mode of column 2 (35 percent).

As in the initial report, Tables 2 and 3 report the results of the statistical analysis of African-American representation among wrestlers during the 1996-2000 period.  First consider Table 2. The first column shows the number of contract wrestlers reported in the Declaration of H. Norris. Column two shows the

---

[2] Recall that even if collectively these approximations of applicant flow give an accurate picture of African-American representation at the Power Plant, this estimate of interest among qualified African-Americans could be biased downward due to the chilling effect that was described in the initial report.

various benchmarks, the percent African-American expected among
these wrestlers. Column three shows the number of African-
American wrestlers expected given the benchmark (column 1 times
column 2); column 4 shows the actual number of African-Americans
identified in the declaration of Harrison Norris, and column
five reports the difference between the actual and expected
numbers of African-Americans. The last column shows the number
of standard deviations. Recall that the prevailing standard is
that a difference of two or more standard deviations is
statistically significant.

The first benchmark, African-American representation among
trainees at the Power Plant, is 17.1 percent. WCW hired 227
persons during 1996-2000, and had they hired African-Americans
at a rate of 17.1 percent the expected number of African-
American hires would be 38.8. Instead, only 17 were hired;
-5.26 standard deviations from the expected number of 38.8.
This is statistically significant.

Subsequent benchmarks, as noted above, come from Table 1.
The number of standard deviations range from -6.36 to -10.0, far
beyond the standard of -2.00 standard that indicates that chance
accounts for the under-representation of African-Americans at
WCW. When the shortfall of African-American wrestlers is more
than -6.00 standard deviations, as in row two of Table 2, this
result is expected by chance in less than 1 chance out of

100,000.[3] The subsequent comparisons are even less likely to

occur from an equal opportunity employer if the benchmarks

reflect African- American availability and interest in a

wrestling career.

TABLE 2

STANDARD DEVIATION ANALYSIS OF AFRICAN-AMERICAN
REPRESENTATION AMONG WRESTLERS (1996-2000)

A. EXCLUDING DISPUTED WRESTLERS

| NUMBER OF WRESTLERS | BENCHMARK | EXPECTED NO. OF AFRICAN-AMERICANS | ACTUAL NUMBER | DIFFERENCE | NO. OF STD DEVIATIONS |
|---|---|---|---|---|---|
| 227 | 17.1 | 38.8 | 17 | -21.8 | -3.85 |
| 227 | 26.0 | 59.0 | 17 | -42.0 | -6.36 |
| 227 | 30.0 | 68.1 | 17 | -51.1 | -7.40 |
| 227 | 35.0 | 79.5 | 17 | -62.5 | -8.69 |
| 227 | 40.0 | 90.8 | 17 | -73.8 | -10.00 |

B. INCLUDING DISPUTED WRESTLERS

| NUMBER OF WRESTLERS | BENCHMARK | EXPECTED NO. OF AFRICAN-AMERICANS | ACTUAL NUMBER | DIFFERENCE | NO. OF STD DEVIATIONS |
|---|---|---|---|---|---|
| 231 | 17.1 | 39.5 | 20 | -19.5 | -3.41 |
| 231 | 26.0 | 60.1 | 20 | -40.1 | -6.01 |
| 231 | 30.0 | 69.3 | 20 | -49.3 | -7.08 |
| 231 | 35.0 | 80.9 | 20 | -60.9 | -8.39 |
| 231 | 40.0 | 92.4 | 20 | -72.4 | -9.72 |

Panel B of Table 2 is identical to Panel A except that the

four disputed wrestlers are included in the analysis. Three of

the disputed persons are African-American, so the total number

of wrestlers rises to 231 and the actual number of African-

Americans hired rises to 20. The results do not change: the

number of standard deviations range from -3.41 to -9.72, once

_____

[3] In Table 2 of the original report there was a typographical error in row two
of Panel A. When the benchmark is 23.5 in that table, the number of standard
deviations is -5.71, not -7.71 as originally reported.

- 6 -

again indicating statistically significant under-representation
of African- Americans.   The number of African-American wrestlers
will be 3.41 standard deviations below the expected number by
chance alone about one time in 1,000.   Recall that -6.00
standard deviations will occur less than one chance in 100,000
cases.

As noted in the initial report, the analysis in Table 2 is
flawed in that it considers the number of persons in Exhibit A
but does not account for the actual frequency of employment.   As
an illustration, suppose an employer hired two persons, a
Caucasian and an African-American, over a 10-year period.   Using
the method employed in Table 2, African-American representation
would be 50 percent.   But suppose that the Caucasian worked in
each of the 10 years and the African-American worked in only
one.   By looking at African-American representation by salary
years a very different picture emerges: instead of 50 percent,
African-American representation is only 1 out of 11, or 9.1
percent.

Table 3 investigates African-American representation among
WCW wrestlers using salary years as the unit of observations.
Based on data used in the original report and the Norris
Declaration, there are 680 cells in which a person is reported
to have received a salary.   Of these cells, 51 (7.5 percent)

- 7 -

represent salaries earned by African-Americans.[4]  The benchmarks

that measure African-American availability are identical to

those in Table 2.  When the benchmark is 17.1 percent, the

lowest in the table, the shortfall of African-American wrestlers

is -6.65 standard deviations from the expected number.  As in

Table 2, the number of standard deviations rises with the

benchmark: when the benchmark is 40 percent, the shortfall is

-17.30 standard deviations.  There is less than one chance in a

million that this result could happen by chance alone.

TABLE 3

STANDARD DEVIATION ANALYSIS OF AFRICAN-AMERICAN
AMONG WRESTLERS BY SALARY YEARS (1996-2000)

EXCLUDING DISPUTED WRESTLERS

| NUMBER OF SALARY YEARS | BENCHMARK | EXPECTED NO. OF AFRICAN-AMERICANS | ACTUAL NUMBER | DIFFERENCE | NO. OF STD DEVIATIONS |
|---|---|---|---|---|---|
| 680 | 17.1 | 116.3 | 51 | - 65.3 | -6.65 |
| 680 | 26.0 | 176.8 | 51 | -125.8 | -11.00 |
| 680 | 30.0 | 204.0 | 51 | -153.0 | -12.80 |
| 680 | 35.0 | 238.0 | 51 | -187.0 | -15.03 |
| 680 | 40.0 | 272.0 | 51 | -221.0 | -17.30 |

This analysis strongly suggests that African-Americans are

significantly under-represented among wrestlers at WCW.  Even

when African-American representation at the Power Plant is used

as the benchmark, African Americans are significantly under-

represented.  Even the highest benchmark in Tables 2 and 3 may

under estimate the true availability of qualified African-

---

[4] In the original report there were 681 total salary years, 51 of which were
African-American.

Americans, as noted in the previous report, since it is possible that if WCW was a truly equal opportunity employer it would confront an applicant pool of interested and qualified persons that mirrored that of professional basketball or professional football.

_Dand W Rasmussen_

Dr. David W. Rasmussen

Plaintiffs specifically reserve the right to supplement this disclosure in any manner permitted under the Federal Rules of Civil Procedure, the Local Rules of this Court or any other applicable law.

This __3rd__ day of January, 2003.

_Charles Gernazian_

Cary Ichter
Georgia Bar No. 382515
Charles J. Gernazian
Georgia Bar No. 291703
Michelle M. Rothenberg-Williams
Georgia Bar No. 615680

**MEADOWS, ICHTER & BOWERS, P.C.**
Eight Piedmont Center, Suite 300
3525 Piedmont Road
Atlanta, GA  30305
Telephone:   (404) 261-6020
Telecopy:    (404) 261-3656

- 9 -

## CERTIFICATE OF SERVICE

This is to certify that I have this date served opposing counsel to this action with the foregoing **Supplemental Expert Report for Plaintiffs' Testimony of David W. Rasmussen** via hand delivery, addressed as follows:

> John J. Dalton
> James Lamberth
> Eric Richardson
> Evan Pontz
> Troutman Sanders LLP
> Suite 5200, Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, Georgia  30308-22165

This __6th__ day of January, 2003.

Michelle M. Rothenberg-Williams
Georgia Bar No. 615680