# ORIGINAL

CLERK'S OFFICE
C.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAN - 8 2003

By: _____ Deputy Clerk

RICK REEVES,                          )
                                      )
                Plaintiff,            )
                                      )         CIVIL ACTION FILE
v.                                    )
                                      )         NO. 1:00-CV-1720-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC. and TURNER,       )
BROADCASTING SYSTEM, INC.,            )
                                      )
                Defendants.           )

## DEFENDANTS' NOTICE OF FILING APPENDIX

Defendants Universal Wrestling Corporation (f/k/a World
Championship Wrestling, Inc.), Turner Sports, Inc. and Turner
Broadcasting System, Inc. (collectively "Defendants") hereby
serve notice that they are filing herewith in the above-
captioned case an Appendix containing copies of relevant
deposition testimony and exhibit documents in support of
Defendants' Motion for Summary Judgment filed with this Court.

102

This 8th day of January, 2003.

_Evan H. Pontz_

JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

1090757_5.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICK REEVES,                          )
                                      )
              Plaintiff,              )
                                      )    CIVIL ACTION FILE
v.                                    )
                                      )    NO. 1:00-CV-1720-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC. and TURNER,       )
BROADCASTING SYSTEM, INC.,            )
                                      )
              Defendants.             )

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of

*DEFENDANTS' NOTICE OF FILING APPENDIX* upon the interested

parties by hand delivery to:

Cary Ichter
Kelly Jean Beard
Charles Gernazian
Michelle M. Rothenberg-Williams
MEADOWS, ICHTER AND BOWERS, P.C.
Fourteen Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA  30305

This 8th day of January, 2003.

EVAN H. PONTZ
Georgia Bar No. 583577

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 08 2003

Luther D. Thomas, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICK REEVES,                        )
                                    )
                Plaintiff,          )
                                    )        CIVIL ACTION FILE
v.                                  )
                                    )        NO. 1:00-CV-1720-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC. and TURNER,     )
BROADCASTING SYSTEM, INC.,          )
                                    )
                Defendants.         )

## APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS

102

## **INDEX**

1.  Deposition of Joseph N. Hamilton

2.  Deposition of James A. Morrison

3.  Deposition of Rick M. Reeves



# EXHIBIT / ATTACHMENT

**(To be scanned in place of tab)**

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3   Walker v. World Championship Wrestling, Inc., Turner
     Sports, Inc., Civ. File No.  100-CV-0367-CC
 4   Onoo v. World Championship Wrestling, Inc., Turner
     Sports, Inc., Civ. File No. 1:00-CV-0368-CC
 5   Norris v. World Championship Wrestling, Inc., Turner
     Sports, Inc., Civ. File No. 1:00-CV-0369-CC
 6   Easterling v. World Championship Wrestling, Inc., Turner
     Sports, Inc., Civ. File No. 1:00-CV-1715-CC
 7   Davis v. World Championship Wrestling, Inc. and Turner
     Sports, Inc., Civ. File No. 1:00-CV-1716-CC
 8   Worthen v. World Championship Wrestling, Inc. and Turner
     Sports, Inc., Civ. File No. 1:00-CV-1717-C
 9   Speight v. World Championship Wrestling, Inc. and Turner
     Sports, Inc., Civ. File No. 1:00-CV-1718-CC
10   Saengsiphan v. World Championship Wrestling, Inc. and
     Turner Sports, Inc., Civ. File No. 1:00-CV-1719-CC
11   Reeves v. World Championship Wrestling, Inc. and Turner
     Sports, Inc., Civ. File No. 1:00-CV-1720-CC
12   Patterson v. World Championship Wrestling, Inc., Turner
     Sports, Inc. and Turner Entertainment Group, Inc.,
13   Civ. File No. 1:01-CV-1152-CC

14
                 DEPOSITION OF JOSEPH N. HAMILTON
15                       MARCH 22, 2002
                          1:30 P.M.
16

17                                              COPY

18

19

20       Premier

21

22

23

24

25              CERTIFIED COURT REPORTERS
```

Page 70

1    opportunities at The Power Plant?

2          A     Ask me?

3          Q     Yes, sir.

4          A     No.

5          Q     How about Rick Reeves?  Do you remember

6    Rick Reeves?

7          A     Never heard of him.

8          Q     How about Lester Speight?  Somebody Rasta.

9    Do you remember him?

10         A     Yeah.

11         Q     Okay.  Did you ever push him?

12         A     Never had a chance.

13         Q     Why was that?

14         A     He took off and went to Europe.  And when

15   he come back from Europe, he informed everybody that

16   he had this big role in some big movie and so on.  And

17   he called down there a couple times from -- while he

18   was supposed to be on the set and telling us how great

19   he was doing.  So that was the last I ever heard of

20   him.

21         Q     How did you evaluate him when he was

22   wrestling at The Power Plant?

23         A     He was -- he was learning.  He was green,

24   but he was starting to learn.

25         Q     So you're saying you didn't have a chance



# EXHIBIT / ATTACHMENT

## _____2_____

(To be scanned in place of tab)

Page 1

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION

3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
         TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10  NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11  WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12  PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
          SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,
13        CIV. FILE NO. 1:00-CV-1152-CC;

14

15                                              CCFI

16  _____

17                 DEPOSITION OF JAMES A. MORRISON
                           MAY 17, 2002
18                         10:10 A.M.

19  _____

20

21      Premier

22

23

24

25             CERTIFIED COURT REPORTERS
he Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
                          404-237-1990
                         800-317-5773

Page 144

1      of fundamentals.  There was a feeling that there is a

2      psychology to wrestling and a wrestling match that had

3      become somewhat of a lost art.

4                     And to try and teach the students that were

5      out there the art of the psychology, even if it was

6      something that maybe wasn't as critical to their initial

7      success on television, it was knowledge that would serve

8      them well in the future if they got a break and capitalized

9      on it and something came of it.  So there was a lot of time

10     spent on fundamentals, the psychology of why you do

11     something and when you do something and how you do

12     something.

13            Q     Do you know who Darron Easterling is?

14            A     I'm not familiar with that name.

15            Q     Do you know who Rick Reeves is?

16            A     I'm not familiar with that name.

17            Q     Do you know who Bounthan Saengsiphan is?

18            A     If that's the kid from Cambodia, I know who

19     he is.

20            Q     Yes.

21            A     Yes.

22            Q     Well, was Bounthan one of the people who did

23     this --

24            A     Yes.

25            Q     -- tryout to get to the second Power Plant,



# EXHIBIT / ATTACHMENT

## 3

(To be scanned in place of tab)

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
 4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
             TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
 5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
 6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
 7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
 8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
 9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10   NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11   WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12   PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
             SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,
13           CIV. FILE NO. 1:00-CV-1152-CC;

14

15

16   _____

17                 DEPOSITION OF RICK M. REEVES
                        MARCH 27, 2002
18                         9:55 A.M.

19   _____

20

21

22

23

24

25            CERTIFIED COURT REPORTERS
```

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
404-237-1990
800-317-5773

Page 29

1      Q      Let me ask you a little bit about

2 professional wrestling. I take it you claim that you used

3 to be involved in professional wrestling?

4      A      That's correct.

5      Q      Are you no longer involved in professional

6 wrestling?

7      A      Well, actually, I'm booked on a show

8 Saturday.

9      Q      Well, we'll get to that in a minute. When

10 did you first get involved in professional wrestling?

11      A      I'd say about 1993.

12      Q      What did you do? What was your first

13 involvement in professional wrestling?

14      A      Well, actually, I would say about '92.

15      Q      What did you start doing in '92 in the way

16 of professional wrestling?

17      A      I had been, Thunderbolt Patterson and I were

18 working at the union together, and he started to train me a

19 little bit to wrestle professionally.

20      Q      So Mr. Patterson showed you how to do

21 wrestling moves. And did you work out in a gym with him?

22      A      Yes.

23      Q      Did you wrestle professionally anywhere in

24 1992?

25      A      No.

1        Q      How about in 1993, did you wrestle

2  professionally anywhere?

3        A      That's when I got involved with WCW.

4        Q      Before you got involved with WCW, had you

5  ever professionally wrestled anywhere?

6        A      No.

7        Q      So you basically had prepared yourself to be

8  a wrestler with Mr. Patterson, and then you, did he

9  approach WCW?

10       A      We approached them, yeah.

11       Q      The two of you together?

12       A      (Whereupon, the witness nodded

13  affirmatively.)

14       Q      Who did you approach at WCW?

15       A      Ole Anderson.

16       Q      Do you remember where this, you had a

17  meeting with Mr. Anderson?

18       A      Yes.

19       Q      Do you remember where the meeting with

20  Mr. Anderson was?

21       A      I can't remember exactly where it was.

22       Q      No idea at all?

23       A      No.

24       Q      Was it a restaurant or at the gym?

25       A      I can't, I really can't remember.

Page 31

```
 1          Q       But you remember having a meeting with

 2    Mr. Patterson and Mr. Anderson?

 3          A       Yes.

 4          Q       Was there anybody else there?

 5          A       No.

 6          Q       What was said at that meeting that you

 7    recall?

 8          A       Well, at that time, Thunderbolt was going to

 9    bring me into the business as his son.

10          Q       And you told Mr. Anderson you were his son?

11          A       Yes.

12          Q       Now, you're not his actual son; right?

13          A       No.

14          Q       Did Mr. Anderson know you weren't his actual

15    son?

16          A       I don't know whether he actually knew or

17    not, I mean, because it was common practice to, you know,

18    to do that.

19          Q       For Mr. Patterson to present someone as his

20    son?

21          A       No.  It was common practice for people to be

22    brought into the business as son of such and such.

23          Q       Got you.  Did you use the name Patterson

24    when you first approached Mr. Anderson?

25          A       Well, we never talked about last names.  He
```

1    just said it's my son, Rick.

2            Q       And what else was said at that conversation

3    with Mr. Anderson?

4            A       He said that, you know, "This is my son

5    Rick.  And I've been training him.  And he's ready to

6    work."

7            Q       That's what Mr. Patterson said?

8            A       Uh-huh.

9            Q       And how did Mr. Anderson respond?

10           A       Ole said, "Okay.  Well, you know, start

11   coming to the tapings and we'll get him worked in."

12           Q       Was it Mr. Patterson's idea to introduce you

13   to Ole Anderson?

14           A       That was my idea, too, but yeah.

15           Q       The two of you agreed to do it?

16           A       Yes.

17           Q       But he was the one who knew Mr. Anderson?

18           A       That's correct.

19           Q       And Mr. Anderson said something about

20   attending tapings?

21           A       That's correct.

22           Q       What was that that he was talking about, as

23   you understood it?

24           A       He told me to start coming to the TV tapings

25   and that he'd get me worked into the show.

Page 33

1       Q      Where were these TV tapings held?

2       A      At various places.

3       Q      Like where?

4       A      Down in Gainesville, up at the Center

5 Stage.  It was in Aiken, South Carolina, just various

6 places.  I don't know all, I can't remember all of them.

7       Q      Did Mr. Anderson say why he would be

8 interested in having you coming to TV tapings?

9       A      Because he said that he, you know, would get

10 me worked into whatever, you know, what they were doing,

11 you know.

12      Q      Was it your understanding that he was doing

13 this as a favor to Mr. Patterson?

14      A      No.  It was my understanding that he'd be

15 giving me a job.

16      Q      And you went to some TV tapings?

17      A      That's correct.

18      Q      What TV tapings do you remember going to?

19 How many did you go to?

20      A      I can't remember.

21      Q      Was it more than three?

22      A      Yes.

23      Q      More than six?

24      A      Yes.

25      Q      More than a dozen?

1      A      Yes.

2      Q      Is this in 1993?

3      A      Yes.

4      Q      Did you go to TV tapings in 1994 as well?

5      A      I went to some, not as many.

6      Q      Can you give me some ballpark estimate of

7  how many TV tapings you went to?

8      A      Total?

9      MS. ROTHENBERG:  Objection.  Vague.

10     MR. PONTZ:  Let me rephrase it.

11     MS. ROTHENBERG:  In '93 or '94?

12  BY MR. PONTZ:

13     Q      How about in 1993 and 1994, how many TV

14  tapings do you believe you went to?

15     MS. ROTHENBERG:  Each year or --

16     MR. PONTZ:  Total.

17     MS. ROTHENBERG:  -- total both years?

18     MR. PONTZ:  Total.

19     THE WITNESS:  I really can't say.  I can't

20  remember.  It was quite a few.

21  BY MR. PONTZ:

22     Q      Was it more than 20, you believe?

23     A      Yes.

24     Q      Did you get to wrestle at any of these TV

25  tapings?

Page 35

1        A        No.

2        Q        Mr. Reeves, why did you keep going to more

3   than a couple of TV tapings if you didn't get to wrestle

4   when you went?

5        A        Because Ole asked me to keep coming.  And he

6   said that he'd get me worked into the show, and so I kept

7   going.

8        Q        So other than speaking to Mr. Anderson and

9   him telling you to keep coming to the tapings, did you

10  speak to anyone else at WCW about getting a wrestling

11  opportunity?

12       A        Well, at that particular time, you know, Ole

13  had the ability to write the deals himself.

14       Q        So you just talked with Mr. Anderson?

15       A        That's correct.

16       Q        And this was in 1993 and 1994?

17       A        Well, I went to other tapings later, I mean,

18  you know, in other years.

19       Q        At some point in 1994, did you stop going to

20  tapings for at least a little while?

21       A        Yeah.  I missed some.  I didn't do it like I

22  was doing it in '93.

23       Q        Well, let's talk about '93 and '94, then,

24  for the moment.  And we'll get to stuff going forward after

25  that.  Did you feel like the reason you weren't getting to

1 wrestle in 1993 and 1994 when you went to these tapings was

2 because of your race?

3      A     Yes.

4      Q     Did you express that to anyone?

5      A     I wanted to, but I didn't, because I'm, I

6 still wanted to work for the company.  I knew if I had said

7 something, it would have been some kind of retaliation.

8      Q     No one ever said, if you complain about

9 discrimination, we'll retaliate against you?

10      A     Well, they didn't have to say it, but you

11 knew.

12      Q     That was your belief?

13      A     Yes.

14      Q     And you also believed that it was your race

15 that was keeping you from getting an opportunity?

16      A     Yes.

17      Q     Why do you believe that?

18      A     Simply because I was there, I was trained

19 and I was ready to work, and there were a lot of guys that

20 came in after I did that instantly, you know, were put to

21 work.

22      Q     Who were some of those people?

23      A     Chuck Palumbo.

24      Q     This was in 1993 or 1994?

25      A     Well, this was later.

1        Q       Let's for the moment focus on 1993 and

2    1994.

3        A       Okay.

4        Q       And we'll get to the later stuff.  But

5    focusing on those two years, you believe that you were

6    discriminated against on the basis of your race back then

7    and not getting chances to wrestle; right?

8        A       That's correct.

9        Q       And you said you believe that because you

10   saw other wrestlers come in who got opportunities?

11       A       That's correct.

12       Q       Were these white wrestlers?

13       A       That's correct.

14       Q       Who was it, who were the white wrestlers who

15   you recall who you believe got opportunities you should

16   have gotten?

17       A       Scott -- Kevin Nash, Scott Hall.  You're

18   just talking about that one time period; is that correct?

19       Q       Yes.  The '93 and '94 time period.

20       A       There's some other guys, but I just can't

21   remember all their names.

22       Q       Those are the only two you can remember?

23       A       At this point, that's all I can remember

24   right now.

25       Q       Did you know Mr. Nash's prior history in

Page 39

1    '93 and '94, do you?

2         A    Ole.

3         Q    Did Ole tell you he did that?

4         A    Well, Ole put them to work.

5         Q    Did you see him put them to work?

6         A    Well, I saw them working on TV, working

7    shows.

8         Q    So you assumed it was Mr. Anderson who had

9    given them that opportunity?

10        A    That's correct.

11        Q    When you went to these tapings, this would

12   just be one day at a time?

13        A    Yeah.  They'd be taping it one day.

14        Q    You'd go and you'd wait around hoping that

15   someone would use you in a wrestling match?

16        A    That's correct.

17        Q    Did you basically just sit around and wait

18   to hear your name?

19        A    Yeah.  I'd go to Ole, I'd say, "Ole, is

20   today my day?"  And he'd say, "Just hang in there, kid."

21        Q    Were there other guys hanging around hoping

22   to get in?

23        A    During that time period, I don't, I can't

24   remember.  I don't think so, but I don't know that to be a

25   fact.  Excuse me.  Can I get some water?

Page 45

1    tapes.

2           Q       Were these videotapes of you wrestling?

3           A       Yeah.

4           Q       Were they somebody set up a video camera at

5    one of the mom and pop shows?

6           A       Yeah.

7           Q       And you sent them in to WCW?

8           A       Uh-huh.

9           Q       And this was in 1995 you started doing that?

10          A       Started sending -- I had some tapes before,

11   but I started sending them in.

12          Q       The first time you started sending them in

13   was in 1995 that you recall?

14          A       I believe I sent some in prior to that, but

15   I can't remember exactly.

16          Q       To whom did you send the tapes at WCW?

17          A       I forgot the guy's name.  You know, you just

18   send a tape to, it was a Post Office box.

19          Q       Was it --

20          A       But I can't --

21          Q       Was it addressed to any particular person at

22   WCW?

23          A       I forgot who the talent guy was at that

24   time.

25          Q       What was the position that you think this

Page 46

1   person held?

2          A       I think, oh, I sent some, I just thought

3   about, I sent some to -- no, that's not right.  I'm trying

4   to think of the guy's name.  I can't.

5          Q       How many tapes do you believe you sent to

6   WCW?

7          A       I'd say probably about seven or eight.

8          Q       So generally, each tape would be one

9   wrestling match, you think?

10         A       Two.

11         Q       Two matches?

12         A       Maybe three.  I can't remember exactly.

13         Q       Did you send anything along with the tapes?

14         A       You know, a letter, you know, with my name

15  and address and, you know, I told them take a look at the

16  tapes, and if there's an opportunity, then you can reach

17  me, this is how you can reach me.

18         Q       Anything other than the tapes and a letter?

19         A       Well, and phone calls.

20         Q       Well, let's hang on a second.  Stick to what

21  you sent in in these packages to WCW.

22         A       Uh-huh.

23         Q       Was there anything in those packages other

24  than the videotape and a letter asking someone to take a

25  look --

Page 47

1        A        That's --

2        Q        -- and give you a call?

3        A        That's all I can recall.

4        Q        And you can't recall who it was you sent

5     them to?

6        A        I can't remember the guy's name.  I have --

7     I just can't think of it right now.

8        Q        It was one particular person?

9        A        Yes.

10       Q        And you recall sending, I think you said,

11    seven or eight tapes total to WCW?

12       A        Thereabout.

13       Q        Were these all sent in 1995?

14       A        Some prior to that.

15       Q        Did you send any tapes after 1995?

16       A        Some.

17       Q        When did you send tapes after 1995?  Do you

18    recall?

19       A        I'd really have to -- I don't recall the

20    dates, no.

21       Q        Do you think it was a few months after

22    1995?  The next year maybe?

23       A        Probably the next year.

24       Q        You don't know if anyone at WCW ever looked

25    at the tapes you sent in, do you?

1    A     No, I don't.

2    Q     And you don't know if WCW had any policies

3  about whether to review unsolicited tapes or not, do you?

4    A     I don't know what their policy was, no.

5    Q     Do you believe you sent all the tapes to the

6  same person?

7    A     No.  Because they changed.  I sent some

8  tapes to J.J. Dillon.

9    Q     So you sent tapes to someone at WCW, and

10  then later, you sent them to J.J. Dillon?

11    A     Uh-huh.

12    Q     Have you ever met Mr. Dillon?

13    A     Once, I think.

14    Q     When do you recall meeting Mr. Dillon?

15    A     I think I met him over on Howell Mill Road

16  at the training center.

17    Q     Do you remember when that was?

18    A     No.  I don't recall.

19    Q     Is this during the time you were attending

20  tapings?

21    A     No.

22    Q     Was this before that?

23    A     It was after.

24    Q     After that?  You don't remember when that

25  was?

Page 49

```
 1          A       No.

 2          Q       And I think, and you were starting to get to

 3   this, you say in your complaint that you were, you

 4   communicated with WCW to explain to them that you wanted to

 5   wrestle with WCW in addition to sending the tapes; is that

 6   right?

 7          A       Yes.

 8          Q       And you called people at WCW?

 9          A       I called J.J.

10          Q       Anybody other than J.J. that you recall

11   calling?

12          A       No.

13          Q       Do you remember when you called J.J.?

14          A       Numerous times.

15          Q       A half dozen times?

16          A       More.

17          Q       A dozen times?

18          A       More.

19          Q       How often did you call J.J.?

20          A       I mean, they -- I would say six, seven times

21   a month maybe.

22          Q       How many months did you keep that up?

23          A       A couple months.

24          Q       More than six months?

25          A       Yes.
```

1    Q    More than a year?

2    A    Yes.

3    Q    How much more than a year?

4    A    I'm not sure.

5    Q    Was this in the 1995, '96 time frame, do you

6  believe?

7    A    It was afterwards, after that.  It was

8  probably about up to '98, '99.

9    Q    But you don't recall exactly when it was

10  that you called Mr. Dillon?

11    A    Probably '98 and '99.

12    Q    So you think all these calls came in '98 or

13  '99?

14    A    I mean, during that whole period from --

15    Q    Are you telling me you called him six or

16  seven times a month for four years?

17    A    I would guess.

18    Q    You really just called him six or seven

19  times a month for four years?

20    A    Oh, I was --

21    MS. ROTHENBERG:  Objection.  Asked and answered.

22  BY MR. PONTZ:

23    Q    That's your testimony under oath today?

24    A    Yes.

25    Q    Did you ever speak to Mr. Dillon on any of

Page 51

1    these phone calls?

2         A       He never took my call.

3         Q       So did you leave a message?

4         A       Oh, yeah.

5         Q       What was the message?

6         A       "Call Rick Reeves.  You know, I've been

7    calling you.  I sent you these tapes."  You know, that

8    wasn't the message all the time, but I just, sometimes I

9    just asked him to give me a call back.

10        Q       Who did you leave the message with?  Was it

11   on a voicemail?

12        A       Whoever answered the phone.

13        Q       With a person?

14        A       Yeah.

15        Q       Was it ever on voicemail?

16        A       I guess.  I mean, I -- he had a voicemail,

17   so I did leave some messages there.

18        Q       But it's your recollection most of the time

19   was with a live person?

20        A       Yeah.

21        Q       Do you know if Mr. Dillon ever got the

22   messages you left with a live person?

23        A       I have no idea.

24        Q       And you don't know whether he ever got the

25   voicemails that you left if you left voicemails?

Page 53

1          Q        And at some point, you came to the belief

2     that the reason Mr. Dillon wasn't giving you wrestling

3     opportunities was because of your race?

4          A        That's correct.

5          Q        When did you come to that belief?

6          A        I can't say exactly.  But you know, when I

7     wasn't getting my phone calls returned and then, you know,

8     I'd hear about a lot of guys getting employed and a lot of

9     white guys, and that I felt like I was qualified, as

10    qualified, we had the same ability and the same talent and

11    they were given opportunities and I wasn't, that's when I

12    kind of came to the conclusion that it had to be about

13    race.

14         Q        Do you think this was after maybe a year or

15    two of calling J.J. or before that?

16         A        Probably after a year or two.

17         Q        You came to the conclusion it must be about

18    race?

19         A        Yes.

20         Q        And that was just based on the fact that he

21    wasn't calling you back and you saw, I guess you saw white

22    wrestlers on TV?

23         A        Well, and then I used to talk to some of the

24    guys that were still working --

25         Q        Who did you talk to?

1        A        -- down there.

2                 Rocky King, Pez Whatley.

3        Q        Anybody else?

4        A        That's all I can remember right now.

5        Q        And was it these gentlemen's opinion that

6    you weren't getting an opportunity because of your race?

7        A        Well, not that, not necessarily their

8    opinion, but you know, they were telling me about, look,

9    all these other guys are coming in and getting jobs and

10   getting employed and --

11       Q        And you drew the conclusion that you were as

12   qualified as them, so it must be because of your race?

13       A        That's correct.

14       Q        Mr. King or Mr. Whatley never said, hey,

15   anybody said anything about you; right?

16            MS. ROTHENBERG:  Objection.  Vague.

17   BY MR. PONTZ:

18       Q        Did they ever say that your name ever came

19   up in any conversations at WCW?

20       A        Not that I know of.

21       Q        And the only person you recall calling is

22   J.J. Dillon?

23       A        Or Terry Taylor.

24       Q        When did you call Terry Taylor?

25       A        Around that same period of time when I was

Page 55

```
1    calling him, too.  He left and went, I mean, he went up to

2    New York and then he came back down.  But I was calling

3    him, too.

4         Q    You called him before he left?

5         A    And when he came back.  I can't remember the

6    date.

7         Q    How many times do you remember calling

8    Mr. Taylor?

9         A    I called him quite a bit.

10        Q    Had you ever met Mr. Taylor?

11        A    Oh, yeah.

12        Q    Where did you meet Mr. Taylor?

13        A    I met him several times, over at the Ramada

14   Hotel.

15        Q    What did you do, what were you doing at the

16   Ramada Hotel that you met Terry Taylor?

17        A    Well, that's where a lot of the guys stayed.

18   You know, the wrestlers were out there, too.  And it was,

19   like, a hang-out for all the guys.

20        Q    Did you ever talk to him?

21        A    Oh, yeah.

22        Q    What were your conversations about?

23        A    About asking him for a job.

24        Q    And what did Mr. Taylor say?

25        A    You know, he just said, "We got enough of
```

Page 56

1    y'all boys already," stuff like that.

2         Q      You don't know what he meant by that, do

3    you?

4         A      Well, I mean, it was offensive to me, but I

5    couldn't tell you what he meant.

6         Q      You found the phrase "boys" offensive?

7         A      Oh, yeah.

8         Q      Because it was offensive to you as an

9    African American?

10        A      Yes.

11        Q      Do you know if Mr. Taylor ever referred to

12   just young wrestlers as boys, regardless of their race?

13        A      No.  I don't know whether he --

14        Q      And you never sent any of these videotapes

15   to Mr. Taylor, did you?

16        A      I think I might have gave him some tapes.

17        Q      Physically gave him some tapes at the

18   Ramada?

19        A      Yeah.

20        Q      Do you know whether you did that or not?

21        A      I know I gave him some.  I don't know how

22   many tapes I gave him.

23        Q      Do you know if he ever looked at the tapes?

24        A      No.  I don't know.

25        Q      So you don't know if Mr. Taylor ever

Page 59

```
 1          Q       With Jody Hamilton?

 2          A       Yeah.

 3          Q       Did you just talk to Mr. Hamilton?

 4          A       Yeah.

 5          Q       You never wrestled down there, did you?

 6          A       No.  I asked, you know, I asked Jody about

 7   could he help me, you know, or who else do I need to talk

 8   to to get a job.

 9          Q       What did Mr. Hamilton say?

10          A       Well, he said, you know, "We got enough of

11   your kind down here," and you know, just different, I mean,

12   different things.

13          Q       Can you remember anything else other than

14   that?

15          A       That's all I can recall right now.

16          Q       And you don't know what Mr. Hamilton meant

17   by "enough of your kind," do you?

18          A       Well, I assumed it to be that, you know,

19   enough, got enough blacks down here, we don't need any

20   more.  That's what I assumed.

21          Q       But you don't know if he may have meant just

22   enough people coming in asking us for wrestling

23   opportunities, do you?

24          A       I can't answer that.

25          Q       You don't know?
```

1       A       I can't answer that.

2       Q       Well, it's true you don't know what he meant

3   by that; right?

4       A       No.

5       Q       It's not true or you --

6       A       I don't know what he meant.

7       Q       And you never trained at the Power Plant?

8       A       No.

9       Q       Did you ever ask anybody for an opportunity

10  to spend some time training at the Power Plant?

11      A       Jody.

12      Q       What did he say?

13      A       I just told you.

14      Q       Did you offer to pay the training fee and

15  start training at the Power Plant?

16      A       Yeah.  I asked Jody could I start training

17  down here, and he responded just the way I just told you.

18      Q       Did you offer to pay $3,000 and start

19  training at the Power Plant?

20      A       I asked Jody could I start training.

21      Q       You never mentioned whether you were willing

22  to pay for it or not?

23      A       We never got that far in the conversation.

24      Q       When was this conversation with

25  Mr. Hamilton?  Do you recall?

1  A  That's correct.

2  Q  Was it your understanding that wrestlers

3 signed independent contractor agreements with WCW?

4  A  What do you mean "independent contractor

5 agreements"?

6  Q  When wrestlers signed contracts with WCW, is

7 that what you were looking for, to sign a deal with them, a

8 contract?

9  A  That's correct.

10  Q  Do you know what those contracts look like?

11  A  I've never seen one.

12  Q  You don't know what the terms of those

13 contracts were?

14  A  I imagine some of them are different.  I

15 don't know whether all of them were the same or not.

16  Q  So you don't know whether WCW wrestlers were

17 independent contractors or not?

18  A  I thought that they were employees.

19  Q  But you don't know?

20  A  I don't know.

21  Q  And how much, how many times do you remember

22 going to the Power Plant?

23  A  Probably about ten times.

24  Q  Why did you go to the Power Plant ten times?

25  A  To talk to Jody.  Sometimes he wasn't there,

Page 73

```
 1        A       Me particularly?

 2        Q       Yes.  You.

 3        A       I don't know.

 4        Q       And I think you started to get into this

 5   earlier, but tell me what white wrestlers you believe got

 6   opportunities at WCW that you believe you should have

 7   gotten?

 8        A       Kevin Nash, Chuck Palumbo, Stan Stasiak,

 9   Dallas Page, Billy Kidman.  I'm trying to think of others.

10        Q       Take your time.

11        A       Perry Saturn.  That's all I can recall right

12   now.

13        Q       We talked about Mr. Nash before.

14   Mr. Palumbo, do you know who decided to give him a

15   wrestling opportunity at WCW?

16        A       No.

17        Q       Do you know what Mr. Palumbo's experience

18   was in wrestling before he came to WCW?

19        A       No.

20        Q       Diamond Dallas Page, DDP, do you know who

21   gave him an opportunity to wrestle at WCW?

22        A       Do I have personal knowledge?

23        Q       Yes.  Do you know?

24        A       Personally.  I don't understand the question

25   because --
```

Page 84

1        A       Well, you know, he said that, you know, it's

2    a possibility and, you know, send your tapes in and see

3    what happens.  You know, he didn't guarantee me anything.

4        Q       And you never got an opportunity to wrestle

5    with WWF?

6        A       No.

7        Q       Do you believe that was because of your

8    race?

9        A       I don't know.

10       Q       You don't know why you didn't get an

11   opportunity at WWF?

12       A       No.

13       Q       Other than contacting WWF through Mr. Long,

14   as you said, all of those times, have you contacted WWF at

15   any other point?

16       A       Other than '97, '98 and '99, no.

17       Q       All right.  Mr. Reeves, I take it that one

18   of the bases of your complaint is that you're claiming that

19   you didn't receive a contract as a wrestler with WCW

20   because of your race.

21               Is that one of your claims?

22       A       That's correct.

23       Q       And when is it that you believe you were

24   denied a contract to work with WCW?

25       A       From '99 back to '93.

Page 85

1       Q      And other than the people we mentioned, did

2   you talk to anybody else about trying to get a contract

3   with WCW that you can recall?

4       MS. ROTHENBERG:  Objection.  Asked and answered.

5           You can go ahead and answer.

6       THE WITNESS:  Other than what I told you.  Because

7   you really didn't have access to just talk to anybody else,

8   so I contacted who I could contact to seek employment.

9   BY MR. PONTZ:

10      Q      Is there anything else that you haven't told

11  me yet that supports your belief and you believe supports

12  your claim that you weren't given a contract because of

13  your race?

14      A      Well, just different conversations that, you

15  know, I had at Ramada.  You know, the "N" word was used

16  quite a bit over there.

17      Q      Well, what were those conversations?  Tell

18  me about them.

19      A      Well, you know, I heard Terry Taylor use the

20  "N" word quite a bit.

21      Q      In conversations he was having with other

22  people?

23      A      With other people.

24      Q      He never used that word with you, did he?

25      A      No.  He didn't ever specifically, you know,

1       Q       And you remember going to TV tapings in

2   1995?

3       A       I went to some.

4       Q       Do you remember going to any TV tapings in

5   1996?

6       A       A few.  Not as many.

7       Q       Do you remember going to any TV tapings in

8   1997?

9       A       I don't think I -- I'm not sure.

10      Q       Do you think you might have stopped going to

11  TV tapings sometime in 1997 or before that?

12      A       I'm not sure.  I really just can't remember.

13      Q       So you don't have any recollection of

14  whether you went to TV tapings in 1998 or 1999 or 1997, do

15  you?

16      A       I went to some, but I just can't remember

17  the exact dates and years.  I just, I really can't

18  remember.

19      Q       Do you remember where the last TV taping you

20  can recall going to was held?

21      A       No.

22      MS. ROTHENBERG:  Are we going to lunch?

23      MR. PONTZ:  Yes.  Why don't I go a few more

24  minutes, and then we'll take a lunch break, if that's okay

25  with you, Mr. Reeves?

1    I should have been working for them.  And those were

2    productive years and years that are gone now and I can't

3    get them back.  And I think that that was, that personally

4    affected me, you know.

5           Q       Anything else you can think of?

6           A       It's also caused some problems at my

7    household, my wife.  You know, I was trying to work and

8    wrestle and pursue my career.  And it caused some tension

9    between us.

10          Q       But there's nothing else you can think of

11   other than not getting a contract and not getting wrestling

12   opportunities and the comments you say you heard that you

13   believe WCW did to you, any actions they took other than

14   what we've already talked about; right?

15          A       Not that I know of.

16          Q       Would you agree with me that wrestlers are

17   kind of like actors and athletes combined?

18          A       That would be a fair assumption.

19          Q       That you know, a lot of your wrestling has

20   to do with your imagination and your invention and your

21   creativity as a wrestler?

22          A       I would agree and disagree.  Because you

23   know, you were actually told what to do.  And you know,

24   they kind of created, whatever your gimmick was, they

25   created it.  So you know, you, it was more of the

Page 127

```
 1              MS. ROTHENBERG:  Objection.  Mischaracterizes his
 2   testimony.
 3   BY MR. PONTZ:
 4         Q       Did you ever have a professional
 5   relationship with WCW or Turner Sports that you're aware
 6   of?
 7         A       Well, I was told to come to TV tapings, so I
 8   interpreted that to mean we had a relationship.
 9         Q       Other than being told to come to TV tapings,
10   anything else that you believe created a professional
11   relationship?
12         A       Not that I can think of right now.
13         Q       Your response to that request for production
14   of documents was that plaintiff will produce non-privileged
15   responsive documents in your possession, custody or
16   control.
17              Do you have any documents you ever received
18   from WCW?
19         A       No.
20         Q       So you don't know why it says you'll produce
21   documents there?
22         A       I don't know what documents we're referring
23   to.
24         Q       You don't have any documents you ever got
25   from WCW or Turner Sports?
```

1    earned through merchandising money if you had wrestled with

2    WCW?

3         A      I don't know what a dollar figure would be.

4    No, I don't.

5         Q      Well, what kind of merchandising revenues

6    are you aware of that might have been possible?

7         A      You know, I've heard some guys, you know,

8    were making two or three hundred thousand, four or five

9    hundred thousand off merchandising.

10        Q      What guys are making that much money off

11   merchandising?

12        A      I don't know the specific guys.  I mean, you

13   know, these are just numbers that I've heard.  They didn't

14   actually link them to a person.

15        Q      Somebody just told you that you can make

16   hundreds of thousands of dollars in merchandising?

17        A      Yeah.

18        Q      Who told you that?

19        A      I mean, I've -- I'm trying to think of --

20   you know, this is not like a conversation I'm having with

21   somebody, this is a conversation that I'm just overhearing.

22   And I really can't remember who was, you know, who was

23   doing all the talking.

24        Q      You don't know who made merchandising

25   decisions, if anyone, at WCW, do you?

1    pay it?

2           A      Paid it.

3           Q      Did you agree with it or just pay it?

4           A      Just paid it.

5           Q      Do you know whether it had anything to do

6    with money you'd received from wrestling opportunities?

7           A      No.  It didn't have anything to do with

8    wrestling.

9           Q      It had nothing to do with wrestling?

10          A      Huh-uh.

11          Q      You remember that it had nothing to do with

12   wrestling?

13          A      Uh-huh.

14          Q      But you don't remember what it was exactly?

15          A      No.

16          Q      But other than the normal concern about

17   getting audited and having to pay more taxes, you don't

18   have any reason to believe that you're going to be in

19   trouble in a criminal sense for problems with your taxes,

20   do you?

21          A      I hope not.  I don't know.

22          Q      Well, let me ask the question again.  We'll

23   see what your lawyer decides to do.  But are you aware of

24   whether you included the money you received from wrestling

25   in 2000 on your 2000 tax returns?

1          MS. ROTHENBERG:  Objection.

2                I'm going to instruct you not to answer on

3     the grounds that you might incriminate yourself.

4          MR. PONTZ:  You're not going to let me ask anything

5     about whether he reported any of his wrestling fees on any

6     of his taxes that we have?

7          MS. ROTHENBERG:  No, I'm not.

8          MR. PONTZ:  Well, we'll make the decision about

9     whether we're going to file a motion to compel on those

10    matters or not.

11         MS. ROTHENBERG:  Sounds good.

12                           (Whereupon, the court reporter

13                            marked Defendant's Exhibit 4

14                            for identification.)

15    BY MR. PONTZ:

16         Q     Mr. Reeves, let me hand you what's been

17    marked Defendant's Exhibit 4.  And these, again, are part

18    of the documents that you provided to your lawyer that were

19    provided to us today.

20                And these appear to be income tax forms from

21    1999, the first page from the Georgia State income tax and

22    the rest of the pages from your federal tax; is that

23    correct?

24         A     That's correct.

25         Q     And it appears on the second page of this

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICK REEVES,                          )
                                      )
                    Plaintiff,        )
                                      )      CIVIL ACTION FILE
v.                                    )
                                      )      NO. 1:00-CV-1720-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC. and TURNER,       )
BROADCASTING SYSTEM, INC.,            )
                                      )
                    Defendants.       )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of

***DEFENDANTS' APPENDIX OF DEPOSITION EXCERPTS AND EXHIBITS*** upon

the interested parties by hand delivery to:

Cary Ichter
Kelly Jean Beard
Charles Gernazian
Michelle M. Rothenberg-Williams
MEADOWS, ICHTER AND BOWERS, P.C.
Fourteen Piedmont Center, Suite 1100
3535 Piedmont Road
Atlanta, GA  30305

This 8th day of January, 2003.

_____
EVAN H. PONTZ
Georgia Bar No. 583577



TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

1097615_1.DOC