# ORIGINAL



CLERK'S OFFICE
n.C. Atlanta

JAN - 8 2003

By: C. Kleucher
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICK REEVES,                          )
                                      )
                  Plaintiff,          )
                                      )          CIVIL ACTION FILE
v.                                    )
                                      )          NO. 1:00-CV-1720-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC. and TURNER,       )
BROADCASTING SYSTEM, INC.,            )
                                      )
                  Defendants.         )

## DEFENDANTS' NOTICE OF FILING ORIGINAL AFFIDAVITS

Defendants Universal Wrestling Corporation (f/k/a World
Championship Wrestling, Inc.), Turner Sports, Inc. and Turner
Broadcasting System, Inc. (collectively "Defendants") hereby
serve notice that they are filing herewith in the above-
captioned case the following original Affidavits in support of
Defendants' Motion for Summary Judgment contemporaneously filed
with this Court:

1.   Affidavit of Paul Orndorff (attached hereto as Exhibit
A).

This 8th day of January, 2003.

_____
JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

This 8th day of January, 2003.

EVAN H. PONTZ
Georgia Bar No. 583577

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA   30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)



# EXHIBIT / ATTACHMENT

A

(To be scanned in place of tab)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICK REEVES,                          )
                                      )
                  Plaintiff,          )
                                      )      CIVIL ACTION FILE
v.                                    )
                                      )      NO. 1:00-CV-1720-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC. and TURNER,       )
BROADCASTING SYSTEM, INC.,            )
                                      )
                  Defendants.         )
                                      )

## AFFIDAVIT OF PAUL ORNDORFF

PAUL ORNDORFF, who having personally appeared before the undersigned officer duly authorized to administer oaths and having been first duly sworn according to law, deposes and states the following:

1.     My name is Paul Orndorff.  I am of majority age, and I give this testimony of my own free will.  I have personal knowledge of and am competent to testify to the facts stated herein.  The facts stated herein are true and correct.

2.     I first began providing services to Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc. and hereinafter referred to as "WCW") in 1994 as a professional wrestler.  After working with the organization in various capacities, I eventually became the Director of the Power Plant, WCW's training facility.

1096703_2.DOC

3.     As part of my duties as the Director of the Power Plant, I worked with WCW's professional wrestlers and trainees. At times, members of the booking committee and I would discuss my opinion with respect to wrestling and training talent.

4.     Based on my experience in the wrestling industry and at WCW, factors to be considered in determining which wrestlers and/or trainees will be well-received by wrestling audiences include the wrestler's crowd appeal, stage presence, charisma, uniqueness, wrestling ability and physique. In light of these factors, I periodically evaluated wrestlers and trainees at the Power Plant, to determine how well they were progressing.

5.     Nearly all of the wrestlers who performed with WCW came to WCW from either other professional wrestling organizations, went through WCW's professional wrestling training program, located at the Power Plant, and/or had otherwise established fame, notoriety or a reputation at some other sport or entertainment industry before coming to WCW.

6.     Wrestlers at WCW exercised control over the manner of their performance, were given creative freedom in performing, did not receive benefits, were permitted to have employment outside of WCW, and signed independent contractor agreements, often for short terms or duration.

1096703_2.DOC

FURTHER AFFIANT SAYETH NAUGHT.

This ___6th___ day of January, 2003.

PAUL ORNDORFF

Sworn to and subscribed
Before me this __6th__ day
of January, 2003.

Notary Public

My Commission Expires:

Notary Public, Hall County, Georgia
My Commission Expires June 29, 2003

1096703_2.DOC