FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

1          IN THE UNITED STATES DISTRICT COURT      R 2 9 2003
          FOR THE NORTHERN DISTRICT OF GEORGIA   LUTHER D. THOMAS, Clerk
2               ATLANTA DIVISION          By:
3   Davis v. World Championship Wrestling, Inc. and   Deputy Clerk
          Sports, Inc., Civ. File No. 1-00-CV-1716-CC;
4   Saengsiphan v. World Championship Wrestling, Inc. and
          Turner Sports, Inc., Civ. File No. 1-00-CV-1719-CC;
5   Speight v. World Championship Wrestling, Inc. and
    Turner
6          Sports, Inc., Civ. File No. 1-00-CV-1718-CC;
    Worthen v. World Championship Wrestling, Inc. and
7   Turner
          Sports, Inc., Civ. File No. 1-00-CV-1717-CC;
8   Reeves v. World Championship Wrestling, Inc. and Turner
          Sports, Inc., Civ. File No. 1-00-CV-1720-CC;
9   Easterling v. World Championship Wrestling, Inc. and
    Turner Sports, Inc., Civ. File No. 1-00-CV-1715-CC;
10  Onoo v. World Championship Wrestling, Inc., and Turner
           Sports, Inc., Civ. File No. 1:00-CV-0368-CC;
11  Norris v. World Championship Wrestling, Inc., and
    Turner
12         Sports, Inc., Civ. File No. 1:00-CV-0369-CC;
    Walker v. World Championship Wrestling, Inc., and
13  Turner
          Sports, Inc., Civ. File No. 1:00-CV-0367-CC;
14  Patterson v. World Championship Wrestling, Inc., Turner
          Sports, Inc. and Turner Entertainment Group, Inc.,
15        Civ. File No. 1:01-CV-1152-CC
16  ─────────────────────────────────────────────────
17          DEPOSITION OF DEWAYNE E. BRUCE

                              2002
18

                                           125
19
20                          ORIGINAL
21
22
23
24
25          CERTIFIED COURT REPORTERS